IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WILDERNESS HOTEL & RESORT, INC.,

                Plaintiff,              JUDGMENT IN A CIVIL CASE

    v.                                              Case No. 13-cv-548-bbc

WILDERNESS RESORT VILLAS, LLC and
LAKESHORE PROPERTIES, INC,

                Defendants.

---

     This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Wilderness Resort Villas, LLC and Lakeshore Properties, Inc. against plaintiff Wilderness Hotel & Resort, Inc. dismissing this case for lack of personal jurisdiction.


      s/ A. Wiseman, Deputy Clerk                March 12, 2014
      Peter Oppeneer, Clerk of Court                    Date